MISC 06 -025 S

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LEVITON MANUFACTURING CO., INC. Plaintiff | : | Pending in the United States District Court for the Eastern District of New York |
| vs. | : | |
| | : | Civil Action No. CV-2002-0479 (NGG)(MDG) |
| HML, YVENQUNG HUAMELI ELECTRONIC CO., LTD. | : | |

FEDERAL COURT RULE OF CIVIL PROCEDURES 45(c)(2)(B) OBJECTION BY TOWER MANUFACTURING CORPORATION TO INSPECTION AND/OR COPYING OF DESIGNATED MATERIALS

Now comes Tower Manufacturing Corporation and pursuant to Federal Rule of Civil Procedure 45(c)(2)(B) objects to inspection or copying of all of the designated materials. In support of this objection, Tower Manufacturing incorporates all of its averments as contained in the Motion of Tower Manufacturing Corporation to Quash Subpoena and/or for a Protective Order, a copy of which is attached hereto and is made a part hereof as Exhibit (A).

TOWER MANUFACTURING CORPORATION

By Its Attorney,

Bruce W. Gladstone, Esq. #2643
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, RI 02903
Tel: 401-331-5700/Fax: 401-331-5787

Dated: March 31, 2006

CERTIFICATE

The undersigned does hereby certify that I did on the 31st day of March, 2005 deliver this Motion to Quash and/or for a Protective Order, and/or seeking other relief, to the New York Attorney who acted as the issuing officer of the Subpoena, Deepro R. Mukerjee, Greenberg Traurig, LLP, MetLife Building, 200 Park Avenue, New York, New York 10166, by regular mail postage prepaid, certified mail return receipt requested, and by telecopy.

________________________________

H:\ARCHIVE\nbd\Tower\Leviton\Pleadings\obj.doc