5/4/06: THE MOTION IS PASSED AT THE REQUEST OF MOVANT'S COUNSEL. THE 5/5/06 HEARING IS CANCELLED.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 31 2006

Miscellaneous Motion of Tower Manufacturing Corporation to Quash Subpoena Duces Tecum, and/or For a Protective Order Pursuant to Federal Rule of Civil Procedure 45(2)(c)(1), 45(c)(2)(A) and (B), 45(c)(3)(A)(i), (iii), (iv) and 45(c)(3)(B) which Subpoena is issued through the Federal District Court for the District of Rhode Island

MISC 06 -025 S
M.P. #

LEVITON MANUFACTURING CO., INC.
Plaintiff

vs.

HML, YVENQUNG HUAMELI ELECTRONIC CO., LTD.

Pending in the United States District Court for the Eastern District of New York

Civil Action No. CV-2002-0479 (NGG)(MDG)

## MOTION OF TOWER MANUFACTURING CORPORATION TO QUASH SUBPOENA AND/OR FOR A PROTECTIVE ORDER

Now comes Tower Manufacturing Corporation and hereby, pursuant to Federal Rule of Civil Procedure 45(2)(c), 45(2)(c)(1), 45(c)(2)(A) and (B), 45(c)(3)(A)(i), (iii), (iv) and 45(c)(3)(B), moves to either Quash the Subpoena Duces Tecum and/or issue a protective order arising out of that certain Subpoena Duces Tecum served on Tower Manufacturing corporation, a copy of which is attached hereto and is made a part hereof as Exhibit (1), and as grounds for this Motion, Tower states as follows:

1. The Subpoena, Exhibit (1) is defective under Rule 45(a)(2)(c) to the extent that it calls for the production of documents for inspection and/or copying at Greenberg Traurig, LLP, Metlife Building, 200 Park Avenue, New York, New York 10166, which is without the jurisdiction of this Honorable Court, on April 3, 2006, i.e. a date separate and

4/5/06